Case 3:21-cv-01023-HLA-JT Document 1 Filed 10/12/21 Page 1 of 2 PageID 1  3:21-CV-1023-HLA-JBT

FILED
2021 OCT 12 PM 2:08
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections
From or IF Alleging Sexual Abuse, on the behalf of:

Calnan, Derek  —  V30964  —  Santa Rosa Correctional Institution
Last  First  Middle Initial      DC Number      Institution

### Part A – Inmate Grievance

TO THE UNITED STATES DISTRICT COURT:

On Friday, September 24, 2021, while in confinement housed in cell K2104 at Santa Rosa Correctional Institution Annex, the toilet in my cell was backed up to the rim with urine and feces and would not flush. I reported it to staff and I was told "the 3pm to 11pm shift will fix it". The next day (9-25-21), once again, I was told that the 3pm to 11pm shift would "find the snake and fix it". I waited patiently but they never came to fix it. At this point I used my towel and a shirt to cover the toilet so I could eat and sleep without having to see and smell the feces. On Sunday (9-26-21) I asked Ofc. Oneil, Sgt. Tona, Ofc. Windley, Ofc. Lewis, and Ofc. Pence to "please help me because I have to use the bathroom". That night while doing showers, Ofc. Lewis wrote "snake" on the window of my door. On Monday (9-27-21) I told Ofc. Oneil, Sgt. Tona, Ofc. Windley, classification's Mrs. Estep, and Lt. Barnes during DR court. They said "OK". Once returned back to the same cell, I began keeping record of audio/video for evidence. At 3:58pm, Cap. Hair said "after chow". At this point I became sick and my stomach was hurting. I had to have a bowel movement while standing up. After that the toilet was so full I had to urinate in the sink. At 5:23pm I declared a psychological emergency and Ofc. Lewis said "I call that" and left. I was never granted my psych emergency. At 5:47pm I was ignored. At 6:30pm Ofc. Lewis ignored me. At 7:18pm Ofc. Lewis and Ofc. Pence ignored me. At 9:29pm Ofc. Lewis and Ofc. Pence ignored me. On Tuesday (9-28-21) at 8:30am the inspection team walked by and a female white shirt told me "they will take care of it" and kept walking. That morning I went to sick call and told two nurses about what was going on, they said they would tell someone. At 2:40pm I was ignored. At 3pm Sgt. Tona ignored me. At 3:45pm I was ignored by Cap. Hair and Ofc. Lewis. At 4pm Ofc. Lewis told me "be quiet". At 4:19pm I told an asian nurse, Sgt. Saint, Cap. Hair, and Cap. Briggs and they all ignored me. At 4:35pm Cap. Hair ignored me. Captain Hair came to feed chow, once again I told him I need help and he said "I know". At 7:10pm I screamed "psychological emergency" to Ofc. Lewis and he shrugged his shoulders and said "when are you going to the pound?". I told him "this is cruel and unusual punishment" he shrugged his shoulders and said "I call that". He once again ignored my psychological emergency. At 7:13pm Sgt. Saint and Ofc. Lewis denied another psych →

— PAGE 1 —

10-6-21                                    Derek Calnan #V30964
DATE                                       SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ___ / ___
                                                                         #    Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____  Institutional Mailing Log #: _____  _____
                           (Date)                                                 (Received By)

DISTRIBUTION:  INSTITUTION/FACILITY      CENTRAL OFFICE
               INMATE (2 Copies)          INMATE
               INMATE'S FILE              INMATE'S FILE - INSTITUTION./FACILITY
               INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
                                          CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.

PROVIDED TO
SANTA ROSA C.I. ON
OCT 06 2021
FOR MAILING BY

Calnan, Derek        # V30964        Santa Rosa Correctional Institution

emergency. I told Sgt. Saint I was going to be writing Tallahassee and the District Court about this. He pulled me out for a haircut that night, fixed the toilet, and told me "for the record I wasn't working the last five days".

All of this is a violation of my 8th ammendment right to be free from cruel and unusual punishment by subjecting me to live in unlivable and unconstitutional prison conditions. I was sentenced to do my time in Florida Department of Corrections, not to be physically and mentally tortured by the staff at Florida Department of Corrections. I am a son to a disabled mother and a father of two children. I have been denied medical emergencies, psychological emergencies, sick calls, and hygiene items like toilet paper. They have gone out of their way to create a hazardous, unsafe and unlivable environment contrary to my 8th ammendment rights. I was born with pulmonary stenosis (a bad heart condition) and I could have died by them denying my medical emergency. Through a totality of the circumstances this becomes actionable under 42 USCA 1983, a suit for damages steming from a deprivation of my civil rights by persons acting under the colour of law. These acts were done with deliberate indifference and were done out of malice or spite to intentionally deprive me of my rights. These officers, seargents, captains on up were acting under the colour of law and were working for a corporation that is requisitioned by the state. The subordinating actions were done with the superior's knowledge and their knowing aquiessence, as well as their failure to reprimand and correct said conduct, resulted in the deprivation of right at suit. These actions were made under the colour of law with actual malicious and spiteful intent and no immunity defense would be proper because of such a gross abuse of the public trust. Please help.

-PAGE 2-

10-6-21
DATE

Derek Calnan #V30964
SIGNATURE AND DC#